UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 17-cr-10216 |
| ) | |
| Harold Altvater ) | |

Emergency Motion to Modify Condition of Release (Assented-to)

Now comes Harold Altvater and moves by agreement with the government to allow him travel permit to the Securities and Exchange Commission at 33 Arch ST Boston MA on 7/24/17 to serve his Answer on Plaintiff, and for travel permit to allow him to travel to Courthouse Way Boston MA to file his Answer to SEC complaint.

On information and belief, the defendant says the probation department advises defendant he is not allowed by virtue of his electronic restriction to attend to these matters without approval of the Court.

THE DEFENDANT

By his Attorney,

/s/ Geoffrey G. Nathan, Esq.
_____
Geoffrey G. Nathan
BBO #552110
132 Boylston Street – 5th Floor
Boston, MA 02116
(617) 472-5775
(617) 262-1060 x31
(617) 479-0917 fax

Assented-to: Steve Frank, AUSA

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 7/24/17
/s/ Geoff Nathan