UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 17-cr-10216 |
| | ) | |
| Harold Altvater | ) | |

Motion to Continue Status Conference Date (Assented-to)

Now comes Harold Altvater and moves by agreement with the government to Continue Status Conference date from August 22 to September 19 at 11:00

The parties agree that because of that the ends of justice would be served by continuing the status conference, that this outweighs the interest of the public and the defendant in a speedy trial under 18 U.S.C. 3161(h)(7)(A) and Altvater agrees that time is excluded under the Speedy Trial Act.

THE DEFENDANT

By his Attorney,

/s/ Geoffrey G. Nathan, Esq.
_____
Geoffrey G. Nathan
BBO #552110
132 Boylston Street – 5th Floor
Boston, MA 02116
(617) 472-5775
(617) 262-1060 x31
(617) 479-0917 fax

Assented-to: Steve Frank, AUSA

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 7/24/17
/s/ Geoffrey Nathan