UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 17-cr-10216 |
| | ) | |
| Harold Altvater | ) | |

Second Motion to Amend Conditions of Release (Assented-to)

Now comes Harold Altvater and moves by agreement with the government to Amend Conditions of release as follows:

1. Harold Altvater is not allowed onto any airport grounds or into airport terminal including Boston Logan International Airport at 1 Harborside DR or any other municipal airport.

The parties agree that the 4 mile restriction is terminated and substituted by this Amended Condition of Release.

THE DEFENDANT

By his Attorney,

/s/ Geoffrey G. Nathan, Esq.
_____
Geoffrey G. Nathan
BBO #552110
132 Boylston Street – 5th Floor
Boston, MA 02116
(617) 472-5775
(617) 262-1060 x31
(617) 479-0917 fax

Assented-to: Steve Frank, AUSA

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 7/28/17

/s/ Geoffrey G. Nathan