UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIMINAL NO.:   17-10216-DJC-JCB |
| HAROLD ALTVATER, | ) | |
| Defendant. | ) | |

JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

In accordance with Local Rule 116.5(c), the government and the defendant jointly submit this memorandum in advance of the status conference on December 11, 2017.

The parties note that a pretrial conference is scheduled to occur on December 11, 2017 and further report that:

(A)   The government has produced automatic discovery and additional materials. It has no plans for additional discovery other than such 21-day disclosures as remain necessary after the productions to date.   The government has requested reciprocal discovery.

(B)   There are no discovery requests pending.

(C)   The parties request a briefing schedule for motions pursuant to Fed. R. Crim. P. 12(b).

(D)   The parties have agreed to exclude the time through December 11, 2017, so seventy days remain on the speedy trial clock. The parties request that the time between December 11, 2017 and the trial date be excluded under 18 U.S.C. § 3161(h)(7) because the interests of justice outweigh the interests of the defendant and the public in a speedy trial.

(E)   The government estimates that trial will last approximately two weeks.

Respectfully submitted,

| | |
|---|---|
| HAROLD ALTVATER | WILLIAM D. WEINREB |
| Defendant | Acting United States Attorney |
| | |
| By:   /s/   Robert Sheketoff | By:   /s/ Stephen E. Frank |
| ROBERT SHEKETOFF, ESQ. | STEPHEN E. FRANK |
| Counsel to the Defendant | SARA M. BLOOM |
| | Assistant U.S. Attorneys |

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: December 8, 2017

                                                        /s/ Stephen E. Frank
                                                              Stephen E. Frank